IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MAURICE BLOCKER,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**BRANDON WATWOOD, Warden,** )<br>)<br>Respondent. ) | No. 2:22-cv-01270-JTF-atc |

**ORDER DENYING PETITIONER'S MOTION TO PROCEED, GRANTING PETITIONER'S MOTION FOR STATUS, AND DIRECTING CLERK TO MAIL PETITIONER A COPY OF THE DOCKET SHEET**

Before the Court is Motion for Status and Motion to Proceed filed on November 10, 2025, by Petitioner Maurice Blocker. (ECF No. 41.) Petitioner seeks a copy of the docket sheet and to proceed his habeas case by ordering the State to file an answer to the Original Petition with a complete copy of the state proceeding. (*Id.* at PageID 2189.)

With regard to Petitioner's request to proceed the case, Petitioner filed a notice of appeal on November 5, 2025. (ECF No. 39.) "As a general rule the filing of a notice of appeal divests the district court of jurisdiction and transfers jurisdiction to the court of appeals." *City of Cookeville, Tenn. v. Upper Cumberland Elec. Membership Corp.*, 484 F.3d 380, 394 (6th Cir. 2007). The district court retains jurisdiction to enforce a judgment, to proceed with matters that will aid the appellate process, and to adjudicate matters unrelated to the issues on appeal. *See Williamson v. Recovery Ltd. P'ship*, 731 F.3d 608, 626 (6th Cir. 2013). Therefore, the district court is without jurisdiction to proceed on the issues raised in the original petition while the appeal is pending. To the extent Petitioner seeks an answer to the original petition and a copy of the state

court proceedings, that information has been filed in the case and served on Petitioner. (*See* ECF Nos. 12, 17 & 32.) For these reasons, the motion to proceed is **DENIED**.

To the extent Petitioner seeks a copy of the docket sheet, Petitioner's motion for status is **GRANTED.** The Clerk mailed Petitioner a copy of the docket sheet on November 12, 2025. The status of the case is unchanged as there have been no filings since that time. The Clerk is **DIRECTED** to mail Petitioner a copy of the docket sheet with this Order.

IT IS SO ORDERED, this the 17th day of December, 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE